Marlowe BROWN, Petitioner–
Appellant,

v.

U.S. DISTRICT COURT and Rick Hill,
Warden, Respondents–Appellees.

No. 11–15255.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Marlowe Brown, Represa, CA, pro se.

Brian G. Smiley, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: FERNANDEZ, McKEOWN,
and BYBEE, Circuit Judges.

MEMORANDUM **

California state prisoner Marlowe Brown appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

The district court properly dismissed the habeas petition as untimely, as it was filed after the one-year statutory limitations period had ended. *See* 28 U.S.C.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant P. 34(a)(2).

§ 2244(d); *Banjo v. Ayers,* 614 F.3d 964, 967–69 (9th Cir.2010).

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.